# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| BOARD OF TRUSTEES OF THE TEAMSTERS LOCAL 631 SECURITY FUND FOR SOUTHERN NEVADA,<br><br>Plaintiff(s),<br><br>v.<br><br>EXPOSITION STORAGE SERVICES, LLC,<br><br>Defendant(s). | Case No.: 2:18-cv-01254-APG-NJK<br><br>**ORDER** |

Plaintiff obtained a default on August 21, 2018, Docket No. 8, but has taken no further action to prosecute this case. No later than January 25, 2019, either a motion for default judgment or a status report shall be filed.

IT IS SO ORDERED.

Dated: January 14, 2019

_____
Nancy J. Koppe
United States Magistrate Judge