# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| BOARD OF TRUSTEES OF THE TEAMSTERS LOCAL 631 SECURITY FUND FOR SOUTHERN NEVADA,<br><br>Plaintiff(s),<br><br>v.<br><br>EXPOSITION STORAGE SERVICES, LLC,<br><br>Defendant(s). | Case No.: 2:18-cv-01254-APG-NJK<br><br>**ORDER** |

Pending before the Court is Plaintiff's status report, indicating that Defendant is in bankruptcy proceedings. Docket No. 10. A further status report shall be filed by March 27, 2019, and every 60 days thereafter.

IT IS SO ORDERED.

Dated: January 28, 2019

_____
Nancy J. Koppe
United States Magistrate Judge