# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| BOARD OF TRUSTEES OF THE TEAMSTERS LOCAL 631 SECURITY FUND FOR SOUTHERN NEVADA, | Case No.: 2:18-cv-01254-APG-NJK **Order for Status Report** |
| Plaintiff | |
| v. | |
| EXPOSITION STORAGE SERVICES, LLC, | |
| Defendant | |

IT IS ORDERED that the plaintiff shall file a status report on or before September 30, 2019.

DATED this 9th day of September, 2019.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE